**No. 57142.**—E. Hesse *v.* United States, protest 179065–K (San Francisco).

Opinion by OLIVER, C. J.   An examination of the official papers disclosing nothing to disturb the decision of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, MARCH 12, 1953

**No. 57143.**—R. J. Saunders & Co., Inc. *v.* United States, protest 162725–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of foils and foil blades similar in all material respects to those the subject of *Castello Fencing Equipment Co., Inc.*, and *Rohner, Gehrig & Co., Inc.* v. *United States* (29 Cust. Ct. 72, C. D. 1447), the claim of the plaintiff was sustained.

**No. 57144.**—C. J. Tower & Sons *v.* United States, protests 144605–K, etc. (Buffalo).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of abrasive sludge similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (40 C. C. P. A. 14, C. A. D. 491), the claim for free entry under paragraph 1664 was sustained.

**No. 57145.**—Frank J. Markwalter & Co. *v.* United States, protest 194621–K (New York).

Opinion by LAWRENCE, J.   From an examination of the papers in this case, the court found nothing therein which tended in any way to overcome the presumption of correctness attaching to the decision of the collector of customs.   The protest was therefore overruled.